UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINTON FROST,<br>　　　　Plaintiff,<br>　　v.<br>TEXAS PACIFIC GROUP, et al.,<br>　　　　Defendants. | Case No. 18-cv-04956-EMC<br><br>**ORDER OF DISMISSAL** |

　　　An Order was issued on August 24, 2018, dismissing plaintiff's complaint with leave to amend by 9/26/2018. Plaintiff has not filed an Amended Complaint and the deadline has passed.

　　　IT IS HEREBY ORDERED that this case be dismissed without prejudice.

　　　**IT IS SO ORDERED.**

Dated: November 5, 2018

_____
Edward M. Chen
United States District Judge